NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY

This space for Recorder's use

Recording Requested By:
Bank of America
Prepared By:
Rene Rosales
888-603-9011
450 E. Boundary St.
Chapin, SC 29036

When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

Property Address:
148 Fruit St
Bangor, ME 04401-4142
ME0-AM 14112409     8/29/2011

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **400 NATIONAL WAY, SIMI VALLEY, CA 93065** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **HOMEBRIDGE MORTGAGE BANKERS CORP DBA REFINANCE.COM, A CORPORATION** |
| Borrower(s): | **CANDY WHITE AND GEORGE WHITE JOINT TENANTS** |
| Date of Mortgage: | **1/7/2008** |
| Original Loan Amount: | **$160,471.00** |

Recorded in **Penobscot County, ME** on: **1/24/2008**, book **11272**, page **140** and instrument number **2227**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
8/31/11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: *[signature]*
Beverly Brooks, Assistant Secretary

**EXHIBIT E**

NOT AN OFFICIAL COPY          NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY          NOT AN OFFICIAL COPY

State of **California**
County of **Ventura**

On __August 31, 2011__ before me, __Jovida Alvarez Diaz__, Notary Public, personally appeared **Beverly Brooks**
, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: __Jovida Alvarez Diaz__
My Commission Expires: __1-20-2014__      (Seal)

JOVIDA ALVAREZ DIAZ
Commission # 1877678
Notary Public - California
Los Angeles County
My Comm. Expires Jan 20, 2014

Attached TO: AoM
Borrower: Cindy White and George White

JAD
8-31-2011

PENOBSCOT COUNTY, MAINE
Susan F. Bulay
Register of Deeds