

NOT AN OFFICIAL COPY   NOT AN OFFICIAL COPY
NOT AN OFFICIAL   NOT AN

This space for Recorder's use

Recording Requested By:
**Bank of America, N.A.**
Prepared By:
**Diana De Avila**
**800-444-4302**
**1800 Tapo Canyon Road**
**Simi Valley, CA 93063**

When Recorded Return to:
Attn: LR Department (Cust# 673)
T.D. Service Company-
4000 W Metropolitan Dr. Ste #400
Orange, CA 92868

Property Address:
**148 Fruit Street**
**Bangor, ME 04401-4142**
Property Location:
**Township of BANGOR**
ME0-AM  31983051   1/30/2015  HDLSTR1

# RECORD 1st
## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT** whose address is **451 7TH STREET S.W., WASHINGTON, DC 20410** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Beneficiary: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOMEBRIDGE MORTGAGE BANKERS CORP DBA REFINANCE.COM, A CORPORATION, ITS SUCCESSORS AND ASSIGNS** |
| Borrower(s): | **CANDY WHITE AND GEORGE WHITE JOINT TENANTS** |
| Date of Mortgage: | **1/7/2008** |
| Original Loan Amount: | **$160,471.00** |

Recorded in **Penobscot County, ME** on: **1/24/2008**, book **11272**, page **140** and instrument number **2227**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
JAN 3 0 2015

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER
TO BAC HOME LOANS SERVICING, LP, FKA
COUNTRYWIDE HOME LOANS SERVICING LP

By: _____
Lisa Nix
Assistant Vice President

4

**EXHIBIT F**

NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **California**
County of **Ventura**

On **JAN 3 0 2015** before me, _____**Erica Gonzalez**_____, Notary Public, personally appeared _____**Lisa Nix**_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _____**Erica Gonzalez**_____   (Seal)
My Commission Expires: **June 19, 2015**

> ERICA GONZALEZ
> Commission # 1937891
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 19, 2015

DocID#    20117493864012306

PENOBSCOT COUNTY, MAINE
Susan F. Bulay
Register of Deeds