**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 1:20-cv-00119-JDL |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | |
| Candy White and George White | RE: 148 Fruit Street, Bangor, ME 04401 |
| Defendants | Mortgage: January 7, 2008 Book 11272, Page 140 |
| Midland Funding, LLC | |
| Party-In-Interest | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank Trust"), is a wholly-owned subsidiary of U.S. Bancorp., a publicly-held corporation. No other publicly-held corporation owns 10% or more of its stock.

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a

party's stock and any other identifiable entities related to any party in this case are as follows:

    Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust - Plaintiff
    Candy White - Defendant
    George White - Defendant
    Midland Funding LLC - Party-in-Interest


Dated:  April 2, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq. hereby certify that on April 2, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

<u>/s/Reneau J. Longoria, Esq.</u>
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Candy White
148 Fruit Street
Bangor, ME 04401

George White
148 Fruit Street
Bangor, ME 04401

Midland Funding LLC
c/o Corporation Service Company 45 Memorial Circle
Augusta, ME 04330